# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | **(For a Petty Offense)** — Short Form |
| JEFFREY L FIES | Case No.  3:12-po-168 |
| | USM No. |
| | F. Arthur Mullins, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**    JEFFREY L FIES

☑ **THE DEFENDANT** pleaded guilty to count(s)    1 of the Superseding Information.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 USC 7 & 13 and ORC 2917.11(A)(1) | DISORDERLY CONDUCT | 08/21/2012 | 1s |

☑ Count(s)  One (1), Two (2), and Three (3)   ☐ is   ☑ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** $15.00 | $ 5.00 | $ 10.00 | $ |

Last Four Digits of Defendant's Soc. Sec. No.:  0906

Defendant's Year of Birth:  1960

City and State of Defendant's Residence:

11/28/2012
Date of Imposition of Judgment

s/Sharon L. Ovington
Signature of Judge

SHARON L. OVINGTON, U.S. Magistrate Judge
Name and Title of Judge

12/21/2012
Date